83 A.3d 85

**Lavar HARRIS, Appellant**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE,**
Kimberly A. Barkley, Board of Secretary, Appellees.

Supreme Court of Pennsylvania.

Nov. 21, 2013.

## *ORDER*

PER CURIAM.

**AND NOW,** this 21st day of November, 2013, the Order of the Commonwealth Court is hereby AFFIRMED.